IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT SCOTT PHILPOTT
ADC #111495                                                                                          PLAINTIFF

V.                                          NO: 5:07CV00161 JLH

ARKANSAS, STATE OF *et al.*                                                              DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.       Plaintiff's complaint is DISMISSED WITH PREJUDICE as frivolous.

2.       This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3.       The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 10th day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE